IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| Scott D. Lowe, | : | |
| Plaintiff | : | Civil Action 2:14-cv-00319 |
| v. | : | Judge Marbley |
| Specialized Loan Servicing, LLC, | : | Magistrate Judge Abel |
| Defendant | : | |

# Order

Defendants the Bank of New York Mellon and Specialized Loan Servicing, LLC's November 26, 2014 motion (doc. 20) for leave of Court for a client representative to appear telephonically at the mediation set for December 11, 2014 is GRANTED to the following extent. It is up to plaintiff and the Settlement Week Mediator John Petro, 338 S. High St., Columbus, OH 43215 (Telephone: 614-224-0531) whether the mediation is conducted with defendants' client representatives available by telephone. Defendants' counsel should first consult with plaintiff's counsel to determine whether plaintiff is willing to proceed to mediation on that condition. If so, counsel should contact Mr. Petro and determine whether he is willing to mediate with defendants' representatives available at all times to their counsel and to the mediator. If plaintiff or the mediator is unwilling to mediate with

defendants' representative available only by telephone, then counsel should call me (614.719.3370), and I will cancel the mediation.

s/Mark R. Abel<br>
United States Magistrate Judge